AO 442 (Rev. 01/09) Arrest Warrant

FID# 10177688

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC AM9:35
RECEIVED JUN 27 '22

| United States of America | ) |
| v. | ) Case: 1:22-mj-00145 |
| | ) Assigned To : Faruqui, Zia M. |
| SAADIQ LOGAN | ) Assign. Date : 6/23/2022 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     SAADIQ LOGAN                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year;
21 U.S.C. § 841(a)(1) & 841(b)(1)(C) - Unlawfully, knowingly and intentionally did possess with intent to distribute a detectable amount of oxycodone, Schedule II narcotic drug controlled substance;
18 U.S.C. § 924(c)(1)(A) - Unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense

Date: 06/23/2022

Zia M. Faruqui
2022.06.23 18:14:15 -04'00'

*Issuing officer's signature*

City and state:     Washington, DC             Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/27/2022 , and the person was arrested on *(date)* 6/27/2022
at *(city and state)* Washington DC .

Date: 6/27/2022

*Arresting officer's signature*

Michael Tantillo DUSM
*Printed name and title*